IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREEN TREE SERVICING LLC,

Plaintiff,

v.

HARMON V. COOK, Jr., et al.,

Defendants.

Case No. 14-cv-107 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 18, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                    *s/Tina Gray*
                                       **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**